Daniel M. Press, Esq.
CHUNG & PRESS, P.C.
6723 Whittier Ave., Suite 302
McLean, VA 22101
(703) 734-3800
(703) 734-0590 fax
dpress@chung-press.com
Counsel for ADI Corp., Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
San Francisco Division

| | |
|---|---|
| ADI CORPORATION,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>PGS OEM, Inc., formerly known as PRINCETON GRAPHIC SYSTEMS, INC.,<br><br>and<br><br>PRINCETON DIGITAL (USA) CORP.,<br><br>　　　　　Defendants | Case No.: C-04-0956-PJH-ARB_____<br><br>**STIPULATION AND CONSENT MOTION TO EXTEND PRETRIAL STATEMENT AND RELATED FILING DEADLINES, AND DECLARATION OF DANIEL M. PRESS IN SUPPORT THEREOF** |

NOW COME all parties, by and through the undersigned counsel, and pursuant to Local Civil Rule 6-2, respectfully request that the Court extend the deadline in this action for filing the Joint Pretrial Statement, trial briefs, and other filings due 30 days in advance of the Pretrial Conference by one week, until September 27, 2005. In support hereof, the parties state as follows:

　　1.　The Case Management Order in this case set the Pretrial Conference in this case for October 20, 2005, and provided that the Joint Pretrial Statement, Trial Briefs, Motions in Limine, Exhibits, Witness Lists, and other matters are due to be filed 30 days prior thereto, i.e.,

STIPULATION AND [PROPOSED] ORDER TO EXTEND PRETRIAL STATEMENT AND RELATED DEADLINES  -  1

by September 20, 2005. The only deadline between the 30-day deadline and the pretrial conference is the deadline for responses to Motions in Limine, 15 days before the pretrial conference

    2.    The parties at this time do not intend to file Motions in Limine, but should such motions be necessary, the parties agree that responses will be filed in accordance with the existing deadline, shortening their response time accordingly.

    3.    The Parties, through counsel, had reached a settlement agreement in this action, at least in principle, but Defendant PGS has not executed the agreement or tendered payment, and has instead stated that it intends to file bankruptcy. Nonetheless, the parties are continuing to try to reach a settlement.

    4.    Because the parties had hoped to settle, they have not completed the papers required to be filed by the 30-day deadline.

    5.    There have been no previous time modifications in this case affecting the dates at issue. The only prior modification was a brief extension of the dispositive motion deadline.

    6.    The requested extension would have no effect on the pretrial or trial schedule.

WHEREFORE, the Parties respectfully request that this Stipulation be approved, and that that the deadline for filings due 30 days before the Pretrial Conference be extended by one week to September 27, 2005.

Dated this 20th day of September, 2005.

                                                   Respectfully submitted,

                                                   /s/ Daniel M. Press  
                                                 Daniel M. Press, Esq.  
                                                 CHUNG & PRESS, P.C.  
                                                 6723 Whittier Ave., Suite 302  
                                                 McLean, VA 22101  
                                                 (703) 734-3800  
                                                 (703) 734-0590 fax  
                                                 dpress@chung-press.com  
                                                 Counsel for Plaintiff

```
                                    /s/ Curtis C. Jung
                                Curtis C. Jung (SBN 130657)_
                                Clifford P. Jung (SBN 181117)_
                                JUNG & YUEN
                                808 North Spring Street, 9th Floor
                                Los Angeles, CA 90012
                                (213) 680-1001
                                Counsel for Defendant PGS OEM, Inc.


                                    /s/ Ronald W. Ishida
                                Ronald W. Ishida (SBN 083393)
                                Of Counsel to
                                Jeffrey J. Chang & Associates
                                433 California Street, Suite 810
                                San Francisco, CA 94104
                                (415) 788-8811
                                (415) 399-9781 facsimile
                                Counsel for Defendant Princeton Digital
                                (USA) Corp.
```

I hereby attest that concurrence in the filing of the document has been obtained from each of the other signatories.

                                    /s/ Daniel M. Press
                                Daniel M. Press


### DECLARATION OF DANIEL M. PRESS

I, Daniel M. Press, declare and state under penalty of perjury as follows:

1. I am of legal age and competent to testify. If called as a witness, I could and would truthfully testify as set forth herein on my own personal knowledge.

2. I am a member of the bar of this Court and counsel for Plaintiff herein.

3. I have read the foregoing Stipulation, which I incorporate herein by reference.

4. The Stipulation accurately and truthfully sets forth with particularity the reasons for the requested enlargement of time; discloses all previous time modifications in the case,

1  whether by stipulation or Court order; and describes the effect the requested time modification

2  would have on the schedule for the case.

3      I declare under penalty of perjury that the foregoing is true and correct.

4      Executed on September 20, 2005.

5

6                                                      /s/ Daniel M. Press
                                                  Daniel M. Press

7

8  PURSUANT TO STIPULATION, IT IS SO ORDERED.

9  Date:  9/21/05

10

11

12                                                    U.S. District Judge