1  Jeffrey J. Chang (SBN136053)
   **JEFFREY J. CHANG & ASSOCIATES**
2  433 California Street, Suite 810
   San Francisco, California 94104
3  Telephone: (415) 788-8811
   Facsimile: (415) 399-9781
4
5  Attorney for Defendants
   PRINCETON DIGITAL (USA) CORP.
6
7
8                    UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA
10                         SAN FRANCISCO DIVISION
11

12 | **ADI CORPORATION,** | Civil No. C04-0956 PGH ARB |
13 |     **Plaintiff** | |
14 |     vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT PRINCETON DIGITAL (USA) CORP. ONLY** |
15 | **PGS OEM, INC., formerly known as PRINCETON GRAPHICS SYSTEMS, INC.,** | |
16 | | |
17 | **And** | |
18 | **PRINCETON DIGITAL (USA) CORP.** | |
19 |     **Defendants.** | |

20
21 TO THE HONORABLE COURT AND ALL PARTIES HEREIN:

22          Pursuant to Federal Rules of Civil Procedure 41(a)(1), Plaintiff ADI CORPORATION,

23 by and through its attorney Daniel M. Press, Esq., of Chung & Press, P.C., and Defendant

24 PRINCETON DIGITAL (USA) CORP., by and through its attorney Jeffrey J. Chang, Esq., of

25 Jeffrey J. Chang & Associates, hereby stipulate to the dismissal by Plaintiff ADI

26 CORPORATION of its complaint in the above-captioned action with prejudice as against

27 Defendant PRINCETON DIGITAL (USA) CORP only.  Each party shall bear its own attorneys'

   fees and costs incurred in this action.

**Stipulation and Order for Dismissal as to Princeton Digital (USA) Corp.**                                                                 Page 1
**CASE NO. C04-0956 PJH ARB**

|  |  |
|---|---|
| Dated: October 4, 2005 | JEFFREY J. CHANG & ASSOCIATES |
|  | s/JEFFREY J. CHANG_____<br>JEFFREY J. CHANG<br>Attorney for Defendant<br>Princeton Digital (USA) Corp. |
| Dated: October 5, 2005 | CHUNG & PRESS, P.C. |
|  | /s/ Daniel M. Press_____<br>DANIEL M. PRESS<br>Attorney for Plaintiff<br>ADI CORPORATION |

I hereby attest that concurrence in the filing of the document has been obtained from each of the other signatories.

/s/ Daniel M. Press_____
Daniel M. Press

IT IS SO ORDERED!

Dated: October __11__, 2005

_____
PHYLLIS J. HAMILTON
United States District Court Judge