UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ADI CORPORATION

       Plaintiff(s),                      No. C 04-0956 PJH

    v.                              **ORDER RE BANKRUPTCY STAY**

PGS OEM, INC.

       Defendant(s).

_____/

    It appearing from the Notice of Bankruptcy and Automatic Stay filed on October 17, 2005, that defendant(s), PGS OEM, Inc., has filed a petition in bankruptcy on October 13, 2005, and that an automatic stay is in effect, and as there appears no further reason to maintain the file as an open one for statistical purposes and good cause appearing therefor,

    IT IS HEREBY ORDERED that the Clerk of the Court shall close this file for administrative purposes and submit a JS-6 form to the Administrative Office.

    IT IS FURTHER ORDERED that nothing contained herein shall be considered a dismissal or disposition of this action and should further proceedings become necessary or desirable, any party may initiate such proceedings in the same manner as if this order had not been entered.

    IT IS SO ORDERED.

Dated: October 17, 2005

_____
PHYLLIS J. HAMILTON
United States District Judge